Kevin S. Sinclair, Esq., Nevada Bar No. 12277
  *ksinclair@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FF9,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:19-cv-00970-KJD-BNW<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT FIDELITY NATIONAL TITLE INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff U.S. Bank National Association, as Trustee for the Holders of the First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2005-FF9 ("U.S. Bank"), and defendant Fidelity National Title Insurance Company ("Fidelity"), by and through their counsel of record, hereby stipulate as follows:

**WHEREAS**, U.S. Bank filed its complaint in this matter on June 7, 2019 (ECF No. 1);

**WHEREAS**, Fidelity was served with the summons and complaint on or about August 2, 2019;

**WHEREAS**, Fidelity's response to the complaint is due August 23, 2019;



1
**STIPULATION AND PROPOSED ORDER**
501968.1

**WHEREAS**, U.S. Bank has agreed to extend Fidelity's time to respond to the complaint to September 6, 2019; and

**WHEREAS**, this is the first stipulation for an extension of Fidelity's time to respond to the complaint.

Now, therefore, the parties hereto, by and through their counsel of record, hereby stipulate and agree as follows:

1. Fidelity shall file its response to the complaint in this matter on or before <u>September 6, 2019</u>.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//



501968.1

2
**STIPULATION AND PROPOSED ORDER**

2. Fidelity intends to preserve its right and does not expressly waive any and all defenses listed in Fed. R. Civ. P. 12(b), including with respect to whether it is subject to personal jurisdiction in this forum.

Dated this 23rd day of August 2019

          EARLY SULLIVAN WRIGHT
          GIZER & McRAE LLP

          /s/--Kevin S. Sinclair
By: _____
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
Sophia S. Lau, Esq.
Nevada Bar No. 13365
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148

Attorneys for Fidelity National Title Insurance Company

Dated this 23rd day of August 2019    WRIGHT, FINLAY & ZAK, LLP

          /s/--Matthew S. Carter
By: _____
Matthew S. Carter, Esq.
Nevada Bar No. 9524
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

U.S. Bank National Association, as Trustee for the Holders of the First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2005-FF9

**IT IS SO ORDERED**

**DATED: August 26, 2019**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**