WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for the Holders of the First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2005-FF9*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FF9,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-00970-KJD-BNW<br><br>**STIPULATION AND ORDER TO STAY CASE PENDING RULING ON FIDELITY NATIONAL TITLE INSURANCE COMPANY'S MOTION TO DISMISS [ECF No. 30]**<br><br>**(First Request)** |

Plaintiff, U.S. Bank National Association, as Trustee for the Holders of the First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2005-FF9 ("U.S. Bank") and Defendant Fidelity National Title Insurance Company ("FNTIC") (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on June 16, 2022, U.S. Bank filed its First Amended Complaint in the instant action [ECF No. 27];

**WHEREAS**, on July 18, 2022, FNTIC filed its Motion to Dismiss U.S. Bank's First Amended Complaint [ECF No. 30];

**WHEREAS**, FNTIC's Motion to Dismiss has been fully briefed and is pending the Court's decision [*see* ECF Nos. 31 and 32];

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. In the interests of judicial economy, the Parties stipulate and agree that this case shall be **STAYED** pending the Court's decision on FNTIC's Motion [ECF No. 30];
2. Nothing contained in this stipulation will affect any pending dispositive motions or prevent the Parties from filing any additional dispositive motions.
3. Each of the Parties may request a further Fed R. Civ. P. 26(f) conference at any time 180 days after the order granting this Stipulation.
4. By entering into this Stipulation, none of the Parties is waiving its right to subsequently move the Court for an order lifting the stay in this action.
5. Notwithstanding this Stipulation, the Parties may continue to conduct third-party discovery (including by issuing and enforcing third-party subpoenas) to preserve evidence.
6. In the event FNTIC's Motion is denied, the Parties will submit a proposed discovery plan, within thirty (30) days of the Court's Order.

**IT IS SO STIPULATED.**

DATED this 27th day of October, 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff*

DATED this 27th day of October, 2022.

SINCLAIR BRAUN, LLP

*/s/ Kevin S. Sinclair*
Kevin S. Sinclair, Esq.,
Nevada Bar No. 12277
16501 Venture Blvd., Suite 400
Encino, CA 91436
*Attorneys for Defendant*

**IT IS SO ORDERED.**

DATED: 11/2/2022

_____
UNITED STATES DISTRICT COURT JUDGE