UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>　　　　　　　　　　　　　Defendant. | Case No. 2:19-cv-00970-KJD-BNW<br><br>**ORDER – Granting Stipulation to Dismiss Action with Prejudice** |

　　　Presently before the Court is the parties Stipulation to Dismiss Action with Prejudice (#47). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant have stipulated to the dismissal with prejudice of this action, with each party bearing its own fees and costs. (#47, at 2).

　　　Accordingly, **IT IS HEREBY ORDERED** that the parties Stipulation to Dismiss (#47) is **GRANTED**.

　　　Furthermore, **IT IS FURTHER ORDERED** that the pending Motion to Stay (#44) and Motion for Clarification (#36) are **DENIED** as **MOOT**.

DATED this 6th day of December 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　　　　United States District Judge